UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN KILPATRICK | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY CO. | NO. 22-00415-BAJ-EWD |

## ORDER

**IT IS ORDERED** that the pretrial conference in the above-captioned matter set for July 13, 2023, be and is hereby **RESET** to July 18, 2023, at 2:30 P.M., in this Court's chambers.

Baton Rouge, Louisiana, this 16th day of June, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA